UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QINGLI ZHANG,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>JIM DEHART et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C24-0064-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO TRANSFER |

The Court previously found that venue does not properly lie in this district, and directed the parties to confer as to whether a transfer would serve the interests of justice and, if so, to which district. *See* Dkt. No. 14 at 4–5. The parties conferred and now stipulate that this case should be transferred to the United States District Court for the District of Columbia, under 28 U.S.C. § 1391(e)(1). *See* Dkt. No. 15.

The Court GRANTS the parties' stipulated motion (Dkt. No. 15) and in the interests of justice TRANSFERS this case to the United States District Court for the District of Columbia.

Dated this 11th day of July, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO TRANSFER - 1